No. 373. WHITNEY *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 374. ALEXANDER *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 375. ANDERSON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 376. ATKIN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 377. DAVISON *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 378. DICKEY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 379. LAMONT *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 380. ESTATE OF LAMONT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 381. LEFFINGWELL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 382. MITCHELL *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 383. ESTATE OF MORGAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 384. MORGAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 385. ESTATE OF BARTOW ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *John W. Davis* and *Montgomery B. Angell* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Hilbert P. Zarky* for respondent. Reported below: 169 F. 2d 562.

No. 394. FILBEN MANUFACTURING CO., INC. ET AL. *v.* ROCK-OLA MANUFACTURING CORP. ET AL. C. A. 8th Cir. Certiorari denied. *Max Swiren* and *Ben W. Heineman* for petitioners. *Thomas H. Sheridan* for respondents.